[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13161
Non-Argument Calendar

_____

D.C. Docket No. 5:01-cr-00018-MTT-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GLEN SPEARING MATTHEWS,
a.k.a. Glen Spearing Matthews,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(May 21, 2018)

Before TJOFLAT, NEWSOM and ANDERSON, Circuit Judges.

PER CURIAM:

Erin Pinder, appointed counsel for Glen Matthews in this criminal appeal,

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Matthews's sentence is **AFFIRMED**.